## John F. Wallach et al., Appellants, v. Cornelius K. G. Billings et al.

## On Appeal of Pauline Cahn et al., Executors, v. Chicago National Bank et al., Appellees.

### Gen. No. 20,906.  (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. LOCK-WOOD HONORE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed December 21, 1915.

### Statement of the Case.

Bill by John F. Wallach *et al.*, complainants, against Cornelius K. G. Billings *et al.*, defendants, on the appeal of Pauline Cahn *et al.*, executors, against the Chicago National Bank *et al.*, appellees.

A decree sustaining a general demurrer to the bill and dismissing the bill for want of equity affirmed on the authority of *Wallach v. Billings*, Gen. No. 20,733, *ante*, p. 605.

FOREMAN, LEVIN & ROBERTSON, for appellants.

SEARS, MEAGHER & WHITNEY for appellee Cornelius K. G. Billings; NATHANIEL C. SEARS, JAMES F. MEAGHER and JESSE J. RICKS, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.